# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

_houston_________ Division

michael r rodriguez

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

off. Dustin Cole

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ____________________
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

United States Courts
Southern District of Texas
FILED
AUG 1 8 2026
Nathan Ochsner, Clerk of Court

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | michael r rodriguez |
| Address | 11706 ripplewind dr. |
| | montgomery (*City*) tx (*State*) 77356 (*Zip Code*) |
| County | montgomery |
| Telephone Number | 936 333 2771 |
| E-Mail Address | rockitrod@gmail.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ofc Dustin Cole |
| Job or Title *(if known)* | police officer |
| Address | 2300 plantation dr |
| | conroe (*City*) tx (*State*) 77303 (*Zip Code*) |
| County | montgomery |
| Telephone Number | 9365223200 |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | CONROE POLICE DEPARTMENT |
| Job or Title *(if known)* | |
| Address | 2300 PLANTATION DR. |
| | Conroe (*City*) tx (*State*) 77303 (*Zip Code*) |
| County | montgomery |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☐ Official capacity

Defendant No. 3

| | | | |
|---|---|---|---|
| Name | city of conroe | | |
| Job or Title *(if known)* | | | |
| Address | 300 w. davis st, | | |
| | conroe | tx | 77301 |
| | *City* | *State* | *Zip Code* |
| County | montgomery | | |
| Telephone Number | 936 522 3000 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☐ Official capacity

Defendant No. 4

| | | | |
|---|---|---|---|
| Name | montgomery county | | |
| Job or Title *(if known)* | | | |
| Address | montgomery | | |
| | | tx | 77301 |
| | *City* | *State* | *Zip Code* |
| County | montgomery | | |
| Telephone Number | 936 756 0571 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

fourth Amendment of u.s. constitution FIFTH, SIXTH, FOURTEENTH,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Ofc. Dustin Cole was acting under cover of state law.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
at my home at 11706 ripplewind dr. montgomery tx 77356

B. What date and approximate time did the events giving rise to your claim(s) occur?
August 18 2024 Approximately seven thirty pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
after a very minor traffis collision, I signald and . pointed the driver to follow me, wich he did. After arriving at my home I waved to him to come out to check for any damage. I briefly entered my home then stood out my door om my gated curtolage, then a speeding conroe police car stops on the street in front of my home and a conroe police officer started yelling at me. I didnt understand why a out of juristiction police officer was in montgomery. Ithen entered my home and closing my door the officer slamed the dooe open and grabed my and was pulling me out of my home,then knocked me to the tiled floor in my home knocking me unconscious and bleeding on the floor.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Head injury to include concussion, loss of consciousness, laceration to my head requiring staples to my head, large bump on my forehead, ongoing neurologist care with diagonosed with concussion, titinitis,ongoing vision disturbances, and continuous loud ringing in my ears,

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request judgment in my favor,and award me actueal damages, punitive damages, of $3,200,000 , court cost,and any relief the court deems just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 18 AUG 2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff MIChael R RodrIguEZ

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Address ______________

______________ ______________ ______________
*City* *State* *Zip Code*

Telephone Number ______________

E-mail Address ______________